# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-50133

---

United States Court of Appeals
Fifth Circuit

**FILED**
May 7, 2025

Lyle W. Cayce
Clerk

HORIZON BANK S.S.B.,

*Plaintiff—Appellee,*

*versus*

GLENN HEGAR, *In His Official Capacity as Texas Comptroller of Public Accounts*,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-691

---

ORDER:

IT IS ORDERED that the parties' joint stipulation to extend the time to reopen the appeal pursuant to 5th Cir. R. 42.4, to and including November 3, 2025 is GRANTED.

_____

DANA M. DOUGLAS
*United States Circuit Judge*